# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARMON COATS, | 1:08-cv-00666 LJO DLB HC |
|     Petitioner, | ORDER CHANGING NAMED RESPONDENT |
|    v. | [Docs. 5, 6] |
| DAN SMITH, Warden | |
|     Respondent. | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    At the time Petitioner filed the instant petition, he named the Bureau of Prisons as Respondent. On June 11, 2008, the Court issued an order to show cause why the petition should not be dismissed for lack of jurisdiction. (Court Doc. 5.) Petitioner filed a response on June 20, 2008, naming Warden Dan Smith, as Respondent. (Court Doc. 6.)

    Accordingly, the Clerk of the Court is DIRECTED to substitute Warden Smith as the Respondent in this action.

IT IS SO ORDERED.

Dated:   June 27, 2008              /s/ Dennis L. Beck
                                                 UNITED STATES MAGISTRATE JUDGE