IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARMON COATS,<br><br>            Petitioner,<br><br>    vs.<br><br>DAN SMITH, Warden,<br><br>            Respondent.<br>_____/ | 1:08-cv-0666 LJO DLB (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #16)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 8, 2009, petitioner filed a motion to extend time to file his objections to the Findings and Recommendation issued on December 12, 2008. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his objections to the Findings and Recommendations issued on December 12, 2008.


  IT IS SO ORDERED.

  Dated:   **January 13, 2009**                  **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE